[No. 1372-2.   Division Two.   July 30, 1975.]

DAVID C. GRAY, *Appellant*, v. GARY B. F. SCOTT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 60459, Joseph H. Johnston, J. Pro Tem., entered March 1, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Armstrong, C.J., and Petrie, J.

[No. 3142-1.   Division One.   August 4, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD EARL BUTTERFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 66218, Solie M. Ringold, J., entered June 7, 1974. *Remanded with instructions* by unpublished per curiam opinion.

[No. 3218-1.   Division One.   August 4, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8598, Marshall Forrest, J., entered August 2, 1974. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Swanson, JJ.